UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re:                                              )
                                                    )
**MCALONAN, TAMMY L**                               )   Bankruptcy Case No. 15-81544 TML
                                                    )   Chapter 7
                                                    )
Debtor(s).                                          )

### CERTIFICATE OF SERVICE

The undersigned certifies that on April 17, 2017, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

MCALONAN, TAMMY L
817 JACKSON AVE
DIXON, IL 61021

MICHAEL C DOWNEY
LAW OFFICE OF MICHAEL C. DOWNE
420 WEST SECOND STREET
DIXON, IL 61021
*(Via ECF Electronic Transmission)*

Patrick Layng
219 S. Dearborn Street
Room 873
Chicago, IL 60604
*(Via ECF Electronic Transmission)*

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

World Finance Corporation
Attn: Bankruptcy Processing Center
P.O. Box 6429
Greenville, SC 29606

Wells Fargo Bank NA
PO Box 660041
Dallas, TX 75266-0041

Ally Bank
PO Box 130424
Roseville, MN 55113-0004

Capital Recovery V, LLC
c/o Recovery Management Systems Corp.
25 SE 2nd Avenue Suite 1120
Miami, FL 33131-1605

PYOD, LLC its successors and assigns as assignee
of Citibank, N.A.
Resurgent Capital Services,PO Box 19008
Greenville, SC 29602

/s/ Debbie M. Harris

JAMES E. STEVENS, Trustee
6833 Stalter Drive
Rockford, IL 61108
Phone: (815) 962-6611
Fax: (815) 962-1758
jstevens@bslbv.com