# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: MCALONAN, TAMMY L  § Case No. 15-81544
                          §
                          §
Debtor(s)                 §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $71,141.00                 Assets Exempt: $41,750.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $20,275.27   Claims Discharged
                                              Without Payment: $8,304.39

Total Expenses of Administration: $127,559.52

3) Total gross receipts of $ 240,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 92,165.21 (see **Exhibit 2**), yielded net receipts of $147,834.79 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $35,073.45 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 127,559.52 | 127,559.52 | 127,559.52 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 38,749.39 | 29,126.04 | 20,283.35 | 20,275.27 |
| **TOTAL DISBURSEMENTS** | $73,822.84 | $156,685.56 | $147,842.87 | $147,834.79 |

4) This case was originally filed under Chapter 7 on June 10, 2015. The case was pending for 28 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/19/2017      By: /s/JAMES E. STEVENS
                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Potential Personal Injury due to Vaginal Mesh/Sl | 1129-000 | 240,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$240,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Tammy L. McAlonan | Debtor's claimed exemptions in personal injury case | 8100-002 | 16,429.00 |
| MCALONAN, TAMMY L | Dividend paid 100.00% on $75,728.13; Claim# SURPLUS; Filed: $75,728.13; Reference: | 8200-002 | 75,728.13 |
| Tammy L. McAlonan | Return of interest distribution from Wells Fargo pursuant to Claim No. 3; see Satisfaction of Claim filed with Court on 6/15/17 | 8200-002 | 8.08 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$92,165.21** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Everhome Mortgage | 4110-000 | 25,688.45 | N/A | N/A | 0.00 |
| NOTFILED | World Financial Corp | 4110-000 | 569.00 | N/A | N/A | 0.00 |
| NOTFILED | Springleaf Fianancial Services Pine Tree Plaza | 4110-000 | 8,816.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$35,073.45** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JAMES E. STEVENS | 2100-000 | N/A | 10,642.14 | 10,642.14 | 10,642.14 |
| Attorney for Trustee Fees (Trustee Firm) - Barrick, Switzer, Long, Balsley & Van | 3110-000 | N/A | 3,983.75 | 3,983.75 | 3,983.75 |
| Other - 2014 AMS QUALIFIED SETTLEMENT FUND | 3220-610 | N/A | 11,900.00 | 11,900.00 | 11,900.00 |
| Other - 2014 AMS QUALIFIED SETTLEMENT FUND | 3210-600 | N/A | 90,440.00 | 90,440.00 | 90,440.00 |
| Other - 2014 AMS QUALIFIED SETTLEMENT FUND | 3220-610 | N/A | 933.35 | 933.35 | 933.35 |
| Other - 2014 AMS QUALIFIED SETTLEMENT FUND | 3220-610 | N/A | 7,601.04 | 7,601.04 | 7,601.04 |
| Other - 2014 AMS QUALIFIED SETTLEMENT FUND | 3220-610 | N/A | 100.00 | 100.00 | 100.00 |
| Other - 2014 AMS QUALIFIED SETTLEMENT FUND | 3210-600 | N/A | 760.00 | 760.00 | 760.00 |
| Other - 2014 AMS QUALIFIED SETTLEMENT FUND | 3220-610 | N/A | 1,031.00 | 1,031.00 | 1,031.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 168.24 | 168.24 | 168.24 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $127,559.52 | $127,559.52 | $127,559.52 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 110.74 | 110.74 | 110.74 |
| 1I | Quantum3 Group LLC as agent for | 7990-000 | N/A | 0.59 | 0.59 | 0.59 |
| 2 | World Finance Corporation | 7100-000 | N/A | 596.37 | 596.37 | 596.37 |
| 2I | World Finance Corporation | 7990-000 | N/A | 3.18 | 3.18 | 3.18 |
| 3 | Wells Fargo Bank NA | 7100-000 | N/A | 1,515.31 | 1,515.31 | 1,515.31 |
| 3I | Wells Fargo Bank NA | 7990-000 | N/A | 8.08 | 8.08 | 0.00 |
| 4 | Ally Bank | 7100-000 | 22,205.63 | 8,842.69 | 0.00 | 0.00 |
| 4 -2 | Ally Bank | 7100-000 | N/A | 8,842.69 | 8,842.69 | 8,842.69 |
| 4I-2 | Ally Bank | 7990-000 | N/A | 47.16 | 47.16 | 47.16 |
| 5 | Capital Recovery V, LLC | 7100-000 | 1,796.88 | 1,796.88 | 1,796.88 | 1,796.88 |
| 5I | Capital Recovery V, LLC | 7990-000 | N/A | 9.58 | 9.58 | 9.58 |
| 6 | Capital Recovery V, LLC | 7100-000 | 6,450.57 | 3,248.20 | 3,248.20 | 3,248.20 |
| 6I | Capital Recovery V, LLC | 7990-000 | N/A | 17.32 | 17.32 | 17.32 |
| 7 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 3,202.37 | 3,202.37 | 3,202.37 |
| 7I | PYOD, LLC its successors and assigns as assignee | 7990-000 | N/A | 17.08 | 17.08 | 17.08 |
| 8 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 863.20 | 863.20 | 863.20 |
| 8I | PYOD, LLC its successors and assigns as assignee | 7990-000 | N/A | 4.60 | 4.60 | 4.60 |
| NOTFILED | Sams Club | 7100-000 | 2,822.55 | N/A | N/A | 0.00 |
| NOTFILED | KSB HOSPITAL & MEDICAL GROUP | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | BERGNERS | 7100-000 | 110.74 | N/A | N/A | 0.00 |
| NOTFILED | Seventh Avenue | 7100-000 | 525.63 | N/A | N/A | 0.00 |
| NOTFILED | C & H Financial | 7100-000 | 305.67 | N/A | N/A | 0.00 |
| NOTFILED | Mutal Management Services | 7100-000 | 227.29 | N/A | N/A | 0.00 |
| NOTFILED | Well Fargo | 7100-000 | 1,498.88 | N/A | N/A | 0.00 |
| NOTFILED | Staples | 7100-000 | 863.20 | N/A | N/A | 0.00 |
| NOTFILED | SYNCHRONY BANK | 7100-000 | 1,942.35 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$38,749.39** | **$29,126.04** | **$20,283.35** | **$20,275.27** |

UST Form 101-7-TDR (10/1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 15-81544  
**Case Name:** MCALONAN, TAMMY L  

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 06/10/15 (f)  
**§341(a) Meeting Date:** 07/09/15  

**Period Ending:** 09/19/17  
**Claims Bar Date:** 11/22/16  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Location: 817 Jackson Ave, Dixon IL 61021 - Per, | 42,920.00 | 2,231.55 | | 0.00 | FA |
| 2 | Cash | 1.00 | 0.00 | | 0.00 | FA |
| 3 | Checking Acct. - Sterling Federal Bank | 20.00 | 0.00 | | 0.00 | FA |
| 4 | Checking Acct - Sterling Federal Bank | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Normal complement of household goods. | 2,500.00 | 0.00 | | 0.00 | FA |
| 6 | Various items - Value less than $300 | 300.00 | 0.00 | | 0.00 | FA |
| 7 | Family photos | 50.00 | 0.00 | | 0.00 | FA |
| 8 | Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 9 | Costume jewelry | 50.00 | 0.00 | | 0.00 | FA |
| 10 | Child support arrearage due me. | 5,000.00 | 0.00 | | 0.00 | FA |
| 11 | Potential Personal Injury due to Vaginal Mesh/SI   See Order to Compromise Controversy entered January 18, 2017. | Unknown | 125,000.00 | | 240,000.00 | FA |
| 12 | 2014 Nissan Sentra | 20,000.00 | 0.00 | | 0.00 | FA |
| 13 | One dog and one cat | 0.00 | 0.00 | | 0.00 | FA |
| 13 | **Assets    Totals** (Excluding unknown values) | **$71,141.00** | **$127,231.55** | | **$240,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    April 8, 2017    **Current Projected Date Of Final Report (TFR):**    April 8, 2017  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 15-81544  
**Case Name:** MCALONAN, TAMMY L  

**Taxpayer ID #:** \*\*-\*\*\*0780  
**Period Ending:** 09/19/17

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** Rabobank, N.A.  
**Account:** \*\*\*\*\*\*9466 - Checking Account  
**Blanket Bond:** $4,396,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 02/28/17 | | 2014 AMS QUALIFIED SETTLEMENT FUND | PERSONAL INJURY LAWSUI/PELVIC MESS | | | 127,234.61 | | 127,234.61 |
| | {11} | | GROSS SETTLEMENT AMOUNT | 240,000.00 | 1129-000 | | | 127,234.61 |
| | | | COURT ORDERED MDL ASSESSMENT | -11,900.00 | 3220-610 | | | 127,234.61 |
| | | | ATTORNEYS FEES | -90,440.00 | 3210-600 | | | 127,234.61 |
| | | | REIMBURSEMENT OF COSTS | -933.35 | 3220-610 | | | 127,234.61 |
| | | | MEDICAL LIEN | -7,601.04 | 3220-610 | | | 127,234.61 |
| | | | COURT ORDER MDL ASSESSMENT | -100.00 | 3220-610 | | | 127,234.61 |
| | | | ATTORNEY'S FEES | -760.00 | 3210-600 | | | 127,234.61 |
| | | | ATTORNEY'S FEES | -1,031.00 | 3220-610 | | | 127,234.61 |
| 03/13/17 | 101 | Tammy L. McAlonan | Debtor's claimed exemptions in personal injury case | | 8100-002 | | 16,429.00 | 110,805.61 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 168.24 | 110,637.37 |
| 05/09/17 | 102 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $3,983.75, Attorney for Trustee Fees (Trustee Firm); Reference: | | 3110-000 | | 3,983.75 | 106,653.62 |
| 05/09/17 | 103 | JAMES E. STEVENS | Dividend paid 100.00% on $10,642.14, Trustee Compensation; Reference: | | 2100-000 | | 10,642.14 | 96,011.48 |
| 05/09/17 | 104 | MCALONAN, TAMMY L | Dividend paid 100.00% on $75,728.13; Claim# SURPLUS; Filed: $75,728.13; Reference: | | 8200-002 | | 75,728.13 | 20,283.35 |
| 05/09/17 | 105 | Ally Bank | Combined Check for Claims#4 -2,4I-2 | | | | 8,889.85 | 11,393.50 |
| | | | Dividend paid 100.00% on $8,842.69; Claim# 4 -2; Filed: $8,842.69 | 8,842.69 | 7100-000 | | | 11,393.50 |
| | | | Dividend paid 100.00% on $47.16; Claim# 4I-2; Filed: $47.16 | 47.16 | 7990-000 | | | 11,393.50 |
| 05/09/17 | 106 | Capital Recovery V, LLC | Combined Check for Claims#6,6I | | | | 3,265.52 | 8,127.98 |
| | | | Dividend paid 100.00% on $3,248.20; Claim# 6; Filed: $3,248.20 | 3,248.20 | 7100-000 | | | 8,127.98 |
| | | | Dividend paid 100.00% on $17.32; Claim# 6I; Filed: $17.32 | 17.32 | 7990-000 | | | 8,127.98 |
| 05/09/17 | 107 | Capital Recovery V, LLC | Combined Check for Claims#5,5I | | | | 1,806.46 | 6,321.52 |

Subtotals : $127,234.61    $120,913.09

{} Asset reference(s)    Printed: 09/19/2017 03:28 PM    V.13.30

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 15-81544  
**Case Name:** MCALONAN, TAMMY L  

**Taxpayer ID #:** **-***0780  
**Period Ending:** 09/19/17  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9466 - Checking Account  
**Blanket Bond:** $4,396,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | Dividend paid 100.00% on $1,796.88; Claim# 5; Filed: $1,796.88 | 1,796.88 | 7100-000 | | | 6,321.52 |
| | | | Dividend paid 100.00% on $9.58; Claim# 5I; Filed: $9.58 | 9.58 | 7990-000 | | | 6,321.52 |
| 05/09/17 | 108 | PYOD, LLC its successors and assigns as assignee | Combined Check for Claims#7,8,7I,8I | | | | 4,087.25 | 2,234.27 |
| | | | Dividend paid 100.00% on $3,202.37; Claim# 7; Filed: $3,202.37 | 3,202.37 | 7100-000 | | | 2,234.27 |
| | | | Dividend paid 100.00% on $863.20; Claim# 8; Filed: $863.20 | 863.20 | 7100-000 | | | 2,234.27 |
| | | | Dividend paid 100.00% on $17.08; Claim# 7I; Filed: $17.08 | 17.08 | 7990-000 | | | 2,234.27 |
| | | | Dividend paid 100.00% on $4.60; Claim# 8I; Filed: $4.60 | 4.60 | 7990-000 | | | 2,234.27 |
| 05/09/17 | 109 | Quantum3 Group LLC as agent for | Combined Check for Claims#1,1I | | | | 111.33 | 2,122.94 |
| | | | Dividend paid 100.00% on $110.74; Claim# 1; Filed: $110.74 | 110.74 | 7100-000 | | | 2,122.94 |
| | | | Dividend paid 100.00% on $0.59; Claim# 1I; Filed: $0.59 | 0.59 | 7990-000 | | | 2,122.94 |
| 05/09/17 | 110 | Wells Fargo Bank NA | Combined Check for Claims#3,3I | | | | 1,523.39 | 599.55 |
| | | | Dividend paid 100.00% on $1,515.31; Claim# 3; Filed: $1,515.31 | 1,515.31 | 7100-000 | | | 599.55 |
| | | | Dividend paid 100.00% on $8.08; Claim# 3I; Filed: $8.08 | 8.08 | 7990-000 | | | 599.55 |
| 05/09/17 | 111 | World Finance Corporation | Combined Check for Claims#2,2I | | | | 599.55 | 0.00 |
| | | | Dividend paid 100.00% on $596.37; Claim# 2; Filed: $596.37 | 596.37 | 7100-000 | | | 0.00 |
| | | | Dividend paid 100.00% | 3.18 | 7990-000 | | | 0.00 |

Subtotals :    $0.00    $6,321.52

{} Asset reference(s)                                   Printed: 09/19/2017 03:28 PM    V.13.30

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 15-81544  
**Case Name:** MCALONAN, TAMMY L  

**Taxpayer ID #:** **-***0780  
**Period Ending:** 09/19/17  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9466 - Checking Account  
**Blanket Bond:** $4,396,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | on $3.18; Claim# 2I;<br>Filed: $3.18 | | | | |
| 07/24/17 | | Wells Fargo Bank | return of interest monies from Wells Fargo | 7990-000 | | -8.08 | 8.08 |
| 07/27/17 | 112 | Tammy L. McAlonan | Return of interest distribution from Wells Fargo pursuant to Claim No. 3; see Satisfaction of Claim filed with Court on 6/15/17 | 8200-002 | | 8.08 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 127,234.61 | 127,234.61 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 127,234.61 | 127,234.61 | |
| | | | Less: Payments to Debtors | | | 92,165.21 | |
| | | | **NET Receipts / Disbursements** | | **$127,234.61** | **$35,069.40** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******9466** | 127,234.61 | 35,069.40 | 0.00 |
| | $127,234.61 | $35,069.40 | $0.00 |

{} Asset reference(s)　　　　　　　　　　　　　　　　　　　　　　　　Printed: 09/19/2017 03:28 PM    V.13.30